REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 08- 135 |
| | ) |
| TIRON WARRINGTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 24, 2008, in the State and District of Delaware, Tiron Warrington, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Beretta .25 caliber handgun, Model 21A, serial number DAA227688, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense,

including but not limited to the following:

1. a Beretta .25 caliber handgun, Model 21A, serial number DAA227688; and

2. 8 rounds of ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney

Dated: August 26, 2008