UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 08-135-SLR |
| | ) | |
| TIRON WARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

This **4ᵀᴴ** day of **SEPTEMBER 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **SEPTEMBER 18ᵀᴴ, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                                  Honorable Mary Pat Thynge
                                                                  U.S. Magistrate Judge

cc: Defense Counsel
     United States Attorney